UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HERMAN ROBERT GUINN,

    Petitioner,

v.

    File No. 1:13-CV-769

    HON. ROBERT HOLMES BELL

WILLIE SMITH,

    Respondent.
_____/

## **FINAL ORDER**

In accordance with the Opinion and Judgment entered this date,

**IT IS HEREBY ORDERED** that Petitioner's Objections (Dkt. No. 7) to the Report and Recommendation of the Magistrate Judge are **DENIED**.

**IT IS FURTHER ORDERED** that the August 5, 2013 Report and Recommendation of the Magistrate Judge (Dkt. No. 6) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's petition for a writ of habeas corpus (Dkt. No. 1) is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that a Certificate of Appealability is **DENIED**.


Dated: September 12, 2013             /s/ Robert Holmes Bell
                                                       ROBERT HOLMES BELL
                                                       UNITED STATES DISTRICT JUDGE